IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VERGERON WYATT                                                                                              PLAINTIFF

v.                                            Case No. 4:23-cv-04039

DARRELL ELKIN, APRN;
JOHN OR JANE DOE MEDICAL STAFF;
and CATHY FINCHER                                                                                      DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed June 6, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 60). Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to prosecute and failure to comply with Court Orders. (ECF No. 60, at 4). Judge Bryant also recommends that Defendant Darrell Elkin's ("Defendant Elkin") Motion for Summary Judgment (ECF No. 46) be denied as moot without prejudice. (ECF No. 60, at 4).

Plaintiff has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 60) *in toto*. Accordingly, the Court finds that Plaintiff's Amended Complaint (ECF No. 5) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Court Orders. Additionally, Defendant Elkin's Motion for Summary Judgment (ECF No. 46) is hereby **DENIED AS MOOT WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge